# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **AMENDED ORDER GRANTING** |
| | ) | **MOTION FOR FURLOUGH** |
| vs. | ) | |
| | ) | |
| Sarah Christine Kyle, | ) | Case No. 1:21-cr-017 |
| | ) | |
| Defendant. | ) | |

Defendant is presently in Marshals Service custody. She is being housed at the Heart of America Correctional and Treatment Center. On February 17, 2021, she entered a guilty plea to the offense of conspiracy to distribute and possess with intent to distribute 500 grams or more of a mixture and substance containing detectable amounts of methamphetamine in violation of 21 U.S.C. § 846. (Doc. Nos. 32, 36). Her sentencing hearing is currently scheduled for February 7, 2022, at 10:00 AM in Bismarck before Judge Traynor. (Doc. No. 46).

On October 7, 2021, defendant filed a Motion for Furlough.[1] In anticipation that she would be accepted into an inpatient treatment program at Summit Prairie Recover Center's ("Summit") Silver Creek facility in Watford City, North Dakota, she requests to be released Summit's facility in Washburn.

On October 12, 2021, defendant provided the court with a letter she had received from Summit confirming that she meets all requirements for admission and that Summit can hold a bed for her until October 19, 2021.

---

[1] This is defendant's second such request. Defendant previously filed a motion for furlough on June 4, 2021, that the court denied. (Doc. Nos. 42, 44).

There being no objection from the United States, the court **GRANTS** defendant's motion. (Doc. No. 47). Defendant shall be released to Heather Leier no earlier than 9:00 AM on October 18, 2021, for immediate transport to Summit's Silver Creek facility. Defendant's release shall be subject to the following conditions:

(1) Defendant shall not violate federal, state, tribal, or local law while on release.

(2) Defendant shall appear in court as required and surrender for any sentence imposed.

(3) Defendant shall refrain from the use of alcohol; any use or possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 or state statute, unless prescribed by a licensed medical practitioner, and any use of inhalants. Defendant shall submit to drug/alcohol screening at the direction of the Pretrial Services Officer to verify compliance. Failure or refusal to submit to testing or tampering with the collection progress or specimen may be considered the same as a positive test.

(4) Defendant shall report to the Pretrial Services Officer at such times and in such manner as designated by the Officer.

(5) Defendant shall not possess a firearm, destructive device, or other dangerous weapon.

(6) Defendant shall reside at Summit's Silver Creek facility, fully participate in its programming, and comply with all of its rules and regulations. Upon defendant arrival, defendant shall contact Pretrial Services Officer Shylah Leonard at (701) 297-7246.

(7) Defendant shall sign all releases of information requested by the Pretrial Services

       Officer so that her progress and participation in treatment may be monitored.

(8)    Defendant shall submit her person, residence, vehicle, and/or possessions to a search conducted by a Pretrial Services Officer at the request of the Pretrial Services Officer. Failure to submit to a search may be grounds for revocation of pretrial release. Defendant shall notify any other residents that the premises may be subject to searches pursuant to this condition.

(9)    Upon her discharge from the treatment program, defendant shall immediately return Bismarck, North Dakota, and report to the United States Marshal's office with the understanding that she shall be detained pending further order of the court.

If defendant is not immediately admitted or accepted by Summit upon her arrival at the Silver Creek facility, defendant shall immediately return to the Heart of America Correctional and Treatment Center with the understanding that she shall be remanded back into custody pending further order.

    **IT IS SO ORDERED.**

    Dated this 15th day of October, 2021.

                                            */s/ Clare R. Hochhalter*
                                            Clare R. Hochhalter, Magistrate Judge
                                            United States District Court